

| | MARYLAND |
|---|---|
| | PENNSYLVANIA |
| | VIRGINIA |
| | NEW JERSEY |
| | NEW YORK |
| | DELAWARE |
| | WASHINGTON, DC |

May 4, 2018

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 11 2018 ★

BROOKLYN OFFICE

United States District Court
Douglas C. Palmer, Clerk of the Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Trustees of the Plumbers Local Union No. 1 Welfare Fund, et al.
       v. Mericore Concrete Cutting, Inc.
       <u>Index No.: 17-CV-05114 (BMC)</u>

Dear Mr. Palmer:

   Please be advised effective May 1, 2018, Menaker & Herrmann LLP, attorneys for defendant MERICORE CONCRETE CUTTING, INC., will now be known as Offit Kurman, P.A. Please note that our address, telephone and fax numbers will remain the same.

                 Respectfully Yours,

                 Alexander Mirkin